UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL C. RANSAW,

     Plaintiff,

v.                             CASE NO: 8:06-cv-2393-T-23EAJ

HERNANDO COUNTY SCHOOL BOARD,
et al.,

     Defendants.

_____/

### ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a July 30, 2007, order

(Doc. 45) referred the defendants' motion for summary judgment (Doc. 35) and motion

for Rule 11 sanctions (Doc. 37) to United States Magistrate Judge Elizabeth A. Jenkins

for a report and recommendation.  Following the Magistrate Judge's October 30, 2007,

report and recommendation (Doc. 62), no party objects to the report and the time for

filing objections has expired.  Accordingly, the Magistrate Judge's report and

recommendation (Doc. 62) is **ADOPTED**.  The defendant's motion for summary

judgment (Doc. 35) is **GRANTED**.  The defendant's motion for Rule 11 sanctions

(Doc. 37) is **GRANTED** as to the plaintiff's counsel, Willie Jones, Esq., ("Jones") and

**DENIED** as to the plaintiff.   On or before **December 19, 2007**, Jones shall pay the

defendants $1000.00 in partial payment of the attorneys' fees and costs incurred by the

defendants in defending this case and shall confirm the payment by filing a notice of

- 2 -

payment.  Additionally, on or before **March 1, 2008**, Jones shall at his own expense attend and complete The Florida Bar's continuing legal education courses <u>Practicing with Professionalism</u> and <u>Basic Federal Practice</u> and file proof of his attendance and completion of the courses.  The Clerk is directed to (1) enter judgment in favor of the defendant and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on November 20, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE